1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                    Defendants. | 1:97-CV-6140 OWW DLB<br>1:98-CV-5261 OWW DLB<br><br>ORDER RE MOTION FOR RECONSIDERATION |
| SAVE SAN FRANCISCO BAY Assoc., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                    Defendants. | |

The motion for reconsideration brought by San Luis & Delta-Mendota Water Authority and Westlands Water District ("Plaintiffs") was heard May 1, 2009.  Daniel J. O'Hanlon of Kronick, Moskovitz, Tiedemann & Girard appeared as counsel for Plaintiffs; Jeanne M. Zolezzi of Herum Crabtree appeared as

1

1   counsel for Stockton East Water District ("Intervenor

2   Plaintiff"); Charles Shockey, United States Department of

3   Justice, appeared as counsel for the United States Bureau of

4   Reclamation and the United States Fish and Wildlife Service

5   ("Federal Defendants"); and Paul A. Peters of Hines & Thomas

6   appeared as counsel for Save San Francisco Bay Association, The

7   Bay Institute of San Francisco, and the Pacific Coast Federation

8   of Fishermen's Associations ("Environmental Plaintiffs").

9        Plaintiffs moved for reconsideration of the Court's

10  Memorandum Decision and Order Granting in Part and Denying in

11  Part Cross-Motions for Summary Judgment, filed September 19, 2008

12  (Doc. 711) ("September 2008 Memorandum Decision").  The motion

13  sought reconsideration on the issue of whether the Delta outflow

14  and Vernalis flow numeric standards in the 1995 Water Quality

15  Control Plan for the San Francisco Bay/San Joaquin Estuary

16  ("WQCP") were intended to contribute toward implementation of the

17  narrative fish doubling standard contained in the WQCP.  Having

18  considered the papers and evidence submitted by the parties, and

19  having heard the argument of counsel, and for the reasons

20  explained in the Court's Memorandum Decision Re Motion For

21  Reconsideration (Doc. 715), filed May 15, 2009 (Doc. 738), IT IS

22  HEREBY ORDERED as follows:

23       1. The Plaintiffs' motion to reconsider the ruling in the

24  September 2008 Memorandum Decision regarding the intended effect

25  of the Delta outflow and Vernalis flow numeric standards in the

26  WQCP is GRANTED.  To the extent that the September 2008

27  Memorandum Decision determined that these two WQCP numeric

28  objectives do not contribute toward the narrative salmon doubling

2

1    goal in the WQCP, the September 2008 Memorandum Decision was
2    incorrect.   The California State Water Resources Control Board
3    intended that these two numeric flow standards in the 1995 WQCP
4    contribute toward meeting the narrative fish doubling goal in
5    that WQCP.

6         2. This correction of the September 2008 Memorandum Decision
7    does not alter the Court's ruling in the September 2008
8    Memorandum Decision regarding accounting for the June 2004
9    actions.   Based on the record before the Court, and the unique
10   conditions that then existed, Federal Defendants did not abuse
11   their discretion in not counting the releases made in late June
12   2004 to meet the Delta outflow standard and the Vernalis flow
13   standard against the annual 800,000 AF (b)(2) allocation.

14        3. In the future, the Federal Defendants should provide
15   clear explanations why multi-purpose CVP water use that partially
16   benefits anadromous fish should or should not be charged against
17   the annual 800,000 AF (b)(2) allocation.

18

19   SO ORDERED
20   Dated: June 1, 2009

21
                        ___/s/ Oliver W. Wanger___
22                         Oliver W. Wanger
                         United States District Judge
23

24

25

26

27

28

                                 3